IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CONRAY CARROLL                                              PETITIONER

v.                    NO. 5:07CV00063 GH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                        RESPONDENT

### ORDER OF DISMISSAL

The Petitioner has filed a motion to voluntarily dismiss his petition for writ of habeas corpus without prejudice (DE # 6). The Court grants Petitioner's motion and dismisses Petitioner's habeas corpus petition without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

THEREFORE, the Court grants Petitioner's motion to voluntarily dismiss his petition for writ of habeas corpus and dismisses the petition without prejudice.

IT IS SO ORDERED this 10th day of April, 2007.

                                                 _/s/ George Howard, Jr._
                                                 UNITED STATES DISTRICT JUDGE