IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CONRAY CARROLL                                                     PETITIONER

v.                              NO. 5:07CV00063 GH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

Pursuant to the Order of Dismissal filed in this matter on this date, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas is dismissed without prejudice.

Dated this 10th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com